**UNITED STATES of America,**
**Appellee,**

v.

**Sebastian BURGOS–MARTINEZ,**
**Appellant.**

**No. 05–2230.**

United States Court of Appeals,
Eighth Circuit.

Submitted: March 3, 2006.

Filed: March 15, 2006.

Thomas J. Kangior, U.S. Attorney's Office, Omaha, NE, for Appellee.

Sebastian Burgos–Martinez, Correction Corporation of America Leavenworth Detention Center, Leavenworth, KS, pro se.

Shannon Patrick O'Connor, Federal Public Defender's Office, Omaha, NE, for Appellant.

Before MURPHY, HANSEN, and COLLOTON, Circuit Judges.

PER CURIAM.

Sebastian Burgos–Martinez pleaded guilty to conspiring to distribute and possess with intent to distribute 500 grams or more of a methamphetamine mixture, in violation of 21 U.S.C. § 846, and the district court[1] imposed the statutory minimum sentence of 120 months imprisonment and 5 years supervised release. On appeal, counsel has moved to withdraw and filed a brief under *Anders v. California,*

---

1. The Honorable Laurie Smith Camp, United States District Judge for the District of Ne-

386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).

Counsel's *Anders*-brief arguments—that the district court should have granted Burgos–Martinez safety-valve relief, and that the resulting sentence of 120 months imprisonment was unreasonable under 18 U.S.C. § 3553(a)—are unavailing. It is undisputed that Burgos–Martinez was unwilling to provide an interview to the government about the offense and thus did not qualify for safety-valve relief, *see* 18 U.S.C. § 3553(f) (safety-valve relief requirements); and the district court imposed the lowest sentence possible for the offense, *see* 21 U.S.C. § 841(b)(1)(A)(viii).

Having reviewed the record independently pursuant to *Penson v. Ohio,* 488 U.S. 75, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), we find no nonfrivolous issues for appeal. Accordingly, we affirm the judgment of the district court, and we grant counsel's motion to withdraw.